UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
at Charleston

| | |
|---|---|
| EMMANUEL O. SOYOOLA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 2:13-cv-08907 |
| ) | |
| OCEANUS INSURANCE COMPANY, ) | |
| and HEALTHCARE PROFESSIONAL ) | |
| SERVICES, INC. ) | |
| ) | |
| Defendants. ) | |
| ) | |

**JOINT MOTION OF DEFENDANTS
FOR CONSOLIDATION PURSUANT TO FED. R. CIV. P. 42(a)**

**NOW COME** the Defendants, jointly and through the undersigned counsel, pursuant to Rule 42 (a) of the Federal Rules of Civil Procedure, to move this Honorable Court to consolidate this action with a prior pending federal court case styled as *McNeely v. Soyoola, et al.,* 12-cv-08727 (S.D. W.Va.) (the "McNeely Action"). Consolidation under Fed. Civ. Pro. R. 42(a) is warranted because: (1) both Plaintiff Emmanuel O. Soyoola ("Soyoola") and Defendant Oceanus Insurance Company ("Oceanus") are party defendants in the McNeely Action, (2) the McNeely Action concerns the same insurance policy and limits that are at issue in this case, (3) the factual discovery, including relevant witnesses, in the McNeely Action overlap with the facts of the instant action, and (4) nearly identical legal arguments under West Virginia Code § 33-20D-3(a) have been raised in this action as are raised in the McNeely Action.

An accompanying Memorandum of Law in support of the instant Joint Motion has been contemporaneously filed herewith.

6275979.1

                        Respectfully submitted,

                        **OCEANUS INSURANCE COMPANY**

                        By its attorneys,

May 23, 2013             /s/ Melanie Morgan Norris
                        Phillip T. Glyptis, Esq. (WV Bar #9378)
                        Melanie Morgan Norris, Esq. (WV Bar #8581)
                        Steptoe & Johnson PLLC
                        P.O. Box 751
                        Wheeling, WV 26003-0751
                        304-233-0000
                        304-232-0014 (facsimile)

                        **HEALTHCARE PROFESSIONAL SERVICES, INC.**

                        By its attorneys,

May 23, 2013             /s/ Lee Murray Hall
                        Lee Murray Hall (WV Bar #6447)
                        Jenkins Fenstermaker, PLLC
                        325 8th Street (25701)
                        Post Office Box 2688 (25726)
                        Huntington, West Virginia
                        304-399-9704
                        304-523-2347 (facsimile)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
at Charleston

| | |
|---|---|
| EMMANUEL O. SOYOOLA, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 2:13-cv-08907 |
| OCEANUS INSURANCE COMPANY, and HEALTHCARE PROFESSIONAL SERVICES, INC. | ) |
| Defendants. | ) |

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 24th day of May, 2013, I served the foregoing ***Joint Motion of Defendants for Consolidation Pursuant to Fed. R. Civ. P. 42(a)*** upon all counsel of record, using the Court's CM/ECF filing system, as follows:

> Shawn P. George, Esq.
> George & Lorensen, P.L.L.C.
> 1526 Kanawha Blvd. East
> Charleston, WV 25311
> ***Counsel for Plaintiff***

/s/ Melanie Morgan Norris

6275979.1